IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-CR-00294-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   AMADO MEDINA,
2.   LUCY MEDINA,
3.   MARIA MEDINA,
4.   ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.   ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6.   FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7.   MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.   LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.   EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
**18. ANTHONY PINO**,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

      Defendants.

**ORDER GRANTING ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS**

The Court has received Defendant Anthony Pino's Unopposed Motion to Join

Co-Defendant Valdovines-Vazquez's Motion for Enlargement of Time in Which to File

Motions (Dkt. # 342), which the Court notes was filed out of time, the deadline for filing

pretrial motions being February 24, 2006.  Nevertheless, the Court hereby GRANTS

said motion.  Defendant Anthony Pino shall have to and including May 5, 2006 within

which to file pretrial motions.  It is further

ORDERED that the government's responses to said pretrial motions shall be

due May 15, 2006.

DATED: February 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge