IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   AMADO MEDINA,
2.   LUCY MEDINA,
3.   MARIA MEDINA,
4.   ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.   ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6.   FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7.   MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.   LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.   EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. **ANTHONY PINO**,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

**ORDER TO SET CHANGE OF PLEA HEARING**

This matter is before the Court on Defendant Anthony Pino's Notice of Disposition (Dkt. # 619). The Court cannot accommodate the requested dates for a change of plea hearing set forth in the notice. Therefore, the Court hereby

ORDERS that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than March 14, 2007 to set this matter for a Change of Plea Hearing.

DATED:  March 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge